UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CYNTHIA M. STEPHENSON,

    Plaintiff,

v.                               CASE NO.: 3:13-cv-105-RS-EMT

TLM INDUSTRIES, INC., a Florida
corporation, and MOJO SPORTSWEAR
COMPANY, a Florida corporation,

    Defendants.
_____/

## ORDER

The relief requested in the Joint Stipulation for Dismissal with Prejudice and Approval of Settlement and Incorporated Memorandum of Law (Doc. 27) is **GRANTED**. The Settlement Agreement (Doc. 27-1) represents a reasonable compromise and is fair. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The case is **DISMISSED with prejudice**. The Clerk is directed to close the case.

**ORDERED** on October 30, 2013.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**